# UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br><br>                 v. <br><br> KOREAN HAIR GOODS ASSOCIATION <br> OF AMERICA, INC., <br>     Defendant. | 1:21-mc-14 <br><br> (Originally Civil Action No. 75-3069) |

### [PROPOSED] ORDER TERMINATING FINAL JUDGMENT

The Court having received the motion of plaintiff United States of America for termination of the final judgment entered in the above-captioned case, and the Court having considered all papers filed in connection with this motion, and the Court finding that it is appropriate to terminate the final judgment, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said final judgment is hereby terminated.

Dated: January 14, 2021

                                                               P. Kevin Castel <br>
                                                         United States District Judge